UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO.: 3:01CV-395-R

THE KROGER CO.,     PLAINTIFF

v.

AM-HI, INC., et al.,     DEFENDANTS

## ORDER

**IT IS SO ORDERED:**

In light of the parties inability to completely settle this matter, the Court will reinstate the Plaintiff's Motion for Summary Judgment and responses as they relate to Defendant Mark Harvey (Dockets #61, #63, & #66). The Court shall give the Plaintiff seven (7) days from the date of this order to file a supplement consistent with the Court's order of March 28, 2006 (Docket #71). After the Plaintiff files a supplement, the Defendant, Mark Harvey, shall have seven (7) days to respond.